UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00426-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC SEN,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, November 10, 2008,** and responses to these motions shall be filed by **Monday, November 17 , 2008.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, November 25, 2008, at 1:30 p.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, December 1, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: October 24, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. Chief District Judge