UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00426-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC SEN,

    Defendant.

## ORDER

    THIS MATTER is before the Court following a Status Conference held March 10, 2009. The purpose of the Status Conference was to discuss the status of discovery, Speedy Trial Act deadlines, and whether a written case management order is necessary in this case. By way of background, I note that on November 17, 2008, I granted a ninety (90) day continuance in this case pursuant to 18 U.S.C. § 3161(h)(8)(b)(iv). Since that time, Defendant's prior counsel filed a motion to withdraw, and Defendant was assigned new counsel. At the Status Conference, Defendant requested an additional ninety (90) day continuance in this case. Counsel for Defendant noted the voluminous amount of discovery in this case and asserted that additional time for effective preparation may be required in order to review the discovery and discuss the same with Defendant, who does not speak English and requires the assistance of a Cantonese interpreter.

    Based on the foregoing, I find that the failure to grant an additional ninety (90)

day continuance in this case, which I do not find to be complex at this time, would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(b)(iv).

In conclusion, it is

ORDERED that an additional period of ninety (90) days shall be excluded from the speedy trial deadlines pursuant to 18 U.S.C. § 3161(h)(8)(b)(iv). It is

FURTHER ORDERED that the parties shall file status reports on **Friday, June 26, 2009.** The status reports shall address the status of discovery, and include information regarding the substance and timing of any pretrial motions the parties may wish to file. It is

FURTHER ORDERED that a Status Conference shall take place on **Wednesday, July 1, 2009, at 4:00 p.m.**

Dated: March 10, 2009

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief United States District Judge