**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 12, 2010 | Probation: | Caryl Ricca |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Rose Yan |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **08-cr-00426-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Guy Till

        Plaintiff,

v.

**1.  ERIC SEN**,                                Dru R. Nielsen

        Defendant.

**SENTENCING**

**10:09 a.m.**      Court in Session - Defendant present (on-bond)

        **Change of Plea Hearing - Thursday, November 5, 2009, at 10:00 a.m.
        Plea of Guilty - count one of Indictment**

        APPEARANCES OF COUNSEL.

        Interpreter sworn (Cantonese)

        Court's opening remarks.

10:10 a.m.      Statement on behalf of Government (Mr. Till).

10:11 a.m.      Statement on behalf of Defendant (Ms. Nielsen).

10:16 a.m.      Statement on behalf of Probation (Ms. Ricca).

10:18 a.m.      Statement on behalf of Defendant (Ms. Nielsen).

10:20 a.m.      Statement by Defendant on his own behalf (Mr. Sen).

                Court makes findings.

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence [55], filed January 28, 2010, is **DENIED AS MOOT.**

**ORDERED:**   Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall enroll in an English as a Second Language (ESL) class and shall attempt to the best of his ability to learn the English language.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

| | |
|---|---|
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Government's Motion to Dismiss Counts Two and Three of the Indictment [59], filed February 11, 2010, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**10:28 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:19**